IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                        Plaintiff, )
                                   )
v.                                 )     Case No.: 10-0347-01-CR-W-HFS
                                   )
DAVID D. NORRIS,                   )
                                   )
                        Defendant. )

## ORDER

On July 14, 2011, the Honorable John T. Maughmer, United States Magistrate Judge for the

Western District of Missouri, issued his Report and Recommendation recommending that

defendant's plea of guilty be accepted.   Neither party has objected to the Report and

Recommendation, and the time for doing so has passed.   28 U.S.C. § 636(b)(1)(C); Local Rule

74.1(a)(2).   Accordingly, Judge Maughmer's Report and Recommendation (Doc. #21) is adopted

as the Order of the Court, and defendant's plea of guilty is accepted.


                              /s/ Scott O. Wright
                              SCOTT O. WRIGHT
                              Senior United States District Judge

DATED:  October 17, 2011